## People of State of Illinois ex rel. Eusebius J. Biggs, Appellant, v. Jay A. Schiller, Judge of the Municipal Court of Chicago, Appellee.

### Gen. No. 45,959.

Eusebius J. Biggs, *pro se*, appellant; Moore, Wimbish & Leighton, for appellee; George N. Leighton, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed June 9, 1953; rehearing denied June 30, 1953; released for publication June 30, 1953.